UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 13 CR 771 |
| v. | Judge Virginia Kendall |
| BEN MIHAI, et al. | |

**PROTECTIVE ORDER GOVERNING DISCOVERY**

Upon the agreed motion of the government, pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a)(1) and (8), it is hereby ORDERED:

1. All of the materials provided by the United States in preparation for, or in connection with, any stage of the proceedings in this case (collectively, "the MATERIALS") are subject to this protective order and may be used by defendants and defendants' counsel (defined as counsel of record in this case) solely in connection with the defense of this case and in any proceedings before the Attorney Registration & Discipline Commission of the Supreme Court of Illinois ("ARDC") that arise from the conduct at issue in this case, and for no other purpose, and in connection with no other proceeding, without further order of this Court. The MATERIALS do not include any documents or items any defendant had in his possession or had received from a source other than the government prior to the government's production of these items to that defendant.

2. Defendants and defendants' counsel shall not disclose the MATERIALS or their contents directly or indirectly to any person or entity other than persons assisting in the defense in this case, persons who are interviewed as

1

potential witnesses, counsel for potential witnesses, counsel of record for defendant in any proceedings before the ARDC arising from the conduct at issue in this case, and other persons to whom the Court may authorize disclosure (collectively, "AUTHORIZED PERSONS"). Potential witnesses and their counsel may be shown copies of the MATERIALS as necessary to prepare the defense, but may not retain copies without prior permission of the Court.

3. Defendants, defendants' counsel, and authorized persons shall not copy or reproduce the MATERIALS except in order to provide copies of the MATERIALS for use in connection with this case by defendants, defendants' counsel, and AUTHORIZED PERSONS. Such copies and reproductions shall be treated in the same manner as the MATERIALS.

4. Defendants, defendants' counsel, and AUTHORIZED PERSONS shall not disclose any notes or records of any kind that they make in relation to the contents of the MATERIALS, other than to AUTHORIZED PERSONS. All such notes or records are to be treated in the same manner as the MATERIALS, except any notes or records defendants' counsel identifies as attorney work product are not subject to the provisions of this Order.

5. Before providing materials to any of the AUTHORIZED PERSONS, defense counsel must provide such AUTHORIZED PERSONS with a copy of this Order.

6. Upon conclusion of all stages of this case, all of the MATERIALS and all copies made thereof shall be disposed of in one of three ways, unless otherwise

ordered by the Court. The MATERIALS may be (1) destroyed; (2) returned to the United States; or (3) retained in defense counsel's case file. The Court may require a certification as to the disposition of the MATERIALS. Unless otherwise directed by the Court, the method of disposition of the materials is at the sole direction of defendants' counsel. In the event that the materials are retained by defendants' counsel, the restrictions of this Order continue in effect for as long as the materials are so maintained, and the materials may not be disseminated or used in connection with any other matter without further order of the Court.

7. The restrictions set forth in this Order do not apply to documents that are or become part of the public record, including documents that have been received in evidence at other trials, nor do the restrictions in this Order limit defendants' counsel in the use of discovery materials in judicial proceedings in this case.

8. Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

ENTER:

VIRGINIA KENDALL
District Judge
United States District Court
Northern District of Illinois

Date: 2-14-2014